AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>**ATTORNEY GRIEVANCE COMITTEE**<br><br>*Defendant(s)* | Case No.<br><br>**19 CV 5676** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  **05/16/19**  in the county of  **NEW YORK**  in the  **SOUTHERN**  District of  **NEW YORK** , the defendant(s) violated:

*Code Section*  —  *Offense Description*

AGGRAVATED HARASSSMENT , MALICIOUS PERSECUTION 1ST DEG , SLANDER, DEFEMATION OF CHARACTER, ,COLLUSION, , CRIMIMNAL THREATS , ECONOMIC ESPIONAGE ACT,Act/Theft of trade secrets/intellectual property crimes,  OBSTRUCTION OF JUSTICE, child endangerment, kidnapping 1st degree, custodial interference, parental terrorism, , parental alienation, AMENDMENT V, VI , VIII, XVI, ROME STATUTE, PURSUIT OF HAPPINESS,

This criminal complaint is based on these facts:

IVE FILED SEVERAL COMPLAINTS AGAINST ATTORNEYS , DISTRICT ATTORNEY JUDGES, AN OPPOSING COUSNEL FOR EVERY CASE SINCE 2011 , WHICH WOULD CONCLUDE TO BE ATLEAST MORE THAN A FEW CASES  , NOT INCLUDING ALL OF THE RETAINTERS IVE TRADE TO HIRE FOR EACH CASE AND OTHER REASONS PREVELANT TO MY CLAIM. ONE OF THE MOST IMPORTANT IS WHEN I HIRED AN ATTORNEY AND AFTER THE CASE WAS CONCLUDED HE FILED A LAWSUIT KEPT THE PROCEEDS WITHOUT NOTIFYING ME

☐ Continued on the attached sheet.

*Complainant's signature*

ELVIN GENAO
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  **05/16/2019**

*Judge's signature*

City and state:  **NEW YORK**

*Printed name and title*

Gomez
w/27 so Apt 1uc
NY 10027

2019 JUN 18 PM 12:38
S.D. OF N.Y.

United States District Court of
Southern District of New York  Attn
500 pearl St room 200            pro office
New York, NY  10007              SD NY

10007-133099
